**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7237

PATRICK SHAWN COLLINS,

Petitioner - Appellant,

v.

MARVIN PLUMLEY, Warden, Huttonsville Correctional Center,

Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:14-cv-05473)

Submitted: December 18, 2014      Decided: December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patrick Shawn Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Shawn Collins appeals the district court's order accepting the recommendation of the magistrate judge and denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Collins v. Plumley, No. 2:14-cv-05473 (S.D.W. Va. Aug. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED